# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

December 29, 2016

Circuit Court of the Third Circuit, State of Hawaii
Hale Kaulike
777 Kilauea Avenue
Hilo, Hawai`I 96720-4212

    Re:    GEORGE DOUVRIS; ET AL. VS. PUNA GEOTHERMAL VENTURE; ET AL.

           Circuit Court No. CV 16-1-0290
           USDC HI Case No. CV 16-00472 BMK

Dear Sir,

      Please be advised that on December 12, 2016 this case was remanded to the Circuit Court of the Third Circuit, State of Hawaii. Enclosed is a certified copy of the *"Order Granting Plaintiffs' Motion for Joinder of Non-Diverse Defendant and Remand Under 28 U.S.C. § 1447(e)"* and *Docket Sheet* .

                            Sincerely Yours,

                            SUE BEITIA, CLERK

                            by: EA
                                Deputy Clerk

cc: all counsel of record

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____     By: _____